PER CURIAM.

(No. 75-CC-373— )

JERRY'S FRAME & AXLE SERVICE, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed February 4, 1975.*

JERRY'S FRAME AND AXLE SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.